## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE: Melvin Williams, Jr.                    Case No. 18-30625

    Debtor

### Chapter 13

### DEBTOR'S MOTION TO SELL REAL PROPERTY

COMES NOW, Melvin Williams, Jr. ("Debtor"), and respectfully makes as follows:

1. This action is brought by Plaintiff, Melvin Williams, Jr., Debtor

2. The Court has exclusive jurisdiction over the property in question under 28 U.S.C. §1334. This is a core matter.

3. The Debtor has filed for relief under Chapter 13 on February 9, 2018.

4. At the time of filing the debtor owned real estate located at 2220 Venable Street, Richmond, Va 23223-6463 (hereinafter referred to as "the property")

5. The property in question is presently worth approximately $152,000.00.

6. Said property is encumbered by a lien to SN Servicing Corp. with an approximate payoff of $132,288.68.

7. The Debtor has found a buyer, Randall Martinez, willing to purchase the Real Property for a purchase price of $152,000.00 (contract is attached hereto as Exhibit A) for the property which is more fully described as follows:

All that certain lot, piece or parcel of land with all improvements thereon, lying and being in the city of Richmond, Virginia, on the north line of Venable Street, between Jessamine and Scott Streets (now 22nd Street), beginning at the north line of Venable Street twenty three (23') from the northwestern intersection of Venable and Jessamine Streets; thence running westwardly along the north line of Venable Street and fronting there on twenty three feet (23'); thence extending back at right angles with Venable Street and between parallel lines one hundred fifty seven feet and one half feet (157.5') to an alley ten feet (10') wide.

8. The Debtor believes that after deducting cost of sale and paying off the mortgage, $5000.00 towards closing costs and realtors' fee the Debtor's share of the proceeds will be less than $5,000.

9. The Debtors will provide the Trustee with the opportunity to examine the settlement statement to determine that the funds that will be distributed to the Debtors do not exceed the Debtors' homestead exemption. Upon the Trustee's consent as evidenced by his signature on the Order, the Debtors will submit the Order to the Court for entry without a hearing in this matter.

10. The Debtor will provide the Trustee with the opportunity to examine the settlement statement to determine that the funds that will be distributed to the Debtor do not exceed the Debtor's homestead exemption. Upon the Trustee's consent as evidenced by her signature on the Order, the Debtor will submit the Order to the Court for entry without a hearing in this matter.

11. The proposed sale of the real estate does not prejudice the rights of any party.

WHEREFORE, Debtor prays that this Court enter an Order permitting the sale of the said property with no hearing in this matter upon the consent of the Trustee.

Dated: May 30, 2019

        Respectfully Submitted,
        Melvin Williams, Jr.

        By: /s/Richard S. Clinger
             Counsel

Richard S. Clinger VSB #19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 30, 2019, a copy of the foregoing Motion was electronically transmitted and/or mailed to the U.S. Truseee, the standing Chapter 13 Trustee, Daniel E. Joslyn, McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, #800, Laurel, MD 20707 and to all creditors and parties in interest on the mailing list maintained by the clerk of court, a copy of which is attached.

                                                     /s/Richard S. Clinger
                                                     Counsel for the Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

```
IN RE:    Melvin  Williams, Jr.                    Case No. 18-30625
          xxx-xx-2146

Address:  10124 Spring Ivy Lane                    Chapter    13
          Mechanicsville, VA  23116

          Debtor
```

### NOTICE OF MOTION

Debtor has filed papers with the Court to request an order to Sell Real Estate.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one)**

     If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within **twenty-one (21) days** from the date of this Notice your or your attorney must:

     File with the court, at the address below, a written response for a hearing [or a written response pursuant to Local Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough for the court to receive it on or before the date stated above.

                       Clerk of Court
                       United States Bankruptcy Court
                       Eastern District of Virginia
                       701 East Broad Street, Room 4000
                       Richmond, Virginia 23219

     You must also mail a copy to:

                       Richard S. Clinger, Esquire
                       422 East Franklin Street, Suite 101
                       Richmond, VA 23219

Richard S. Clinger VSB #19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)

☐ Attend the hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐ Attend the hearing on the motion scheduled to be held on  *** at United States Bankruptcy Court, Eastern District of Virginia 701 East Broad Street, Room 4000 Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the action requested to your claim.


Date: May 30, 2019                                          /s/Richard S. Clinger
                                                            Richard S. Clinger VSB #19632
                                                            422 East Franklin Street, Suite 101
                                                            Richmond, VA 23219
                                                            (804) 788-1655
                                                            Counsel for Debtor(s)


## CERTIFICATE OF SERVICE

```
I hereby certify that on May 30, 2019, a copy of the foregoing
Motion was electronically transmitted and/or mailed to the U.S.
Trusee, the standing Chapter 13 Trustee, Daniel E. Joslyn,
McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, #800,
Laurel, MD 20707 and to all creditors and parties in interest on
the mailing list maintained by the clerk of court, a copy of
which is attached.
```

                                       /s/Richard S. Clinger
                                       Counsel for the Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 18-30625-KLP<br>Eastern District of Virginia<br>Richmond<br>Thu May 30 09:24:46 EDT 2019 | BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | Deutsche Bank National Trust Company, as Tru<br>C/O Shapiro & Brown, LLP<br>501 Independence Pkwy<br>Ste 203<br>Chesapeake, VA 23320-5174 |
| US Department of Education<br>P O Box 16448<br>Saint Paul, MN 55116-0448 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | BSI Financial Services<br>P.O. Box 517<br>Titusville, PA 16354-0517 |
| Ballato Law Firm, P.C.<br>3721 Westerre Parkway<br>Suite A<br>Henrico, VA 23233-1332 | City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Equifax Credit Information<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Equity Experts<br>6632 Telegraph Rd. #339<br>Bloomfield Hills, MI 48301-3012 | Henrico Federal Credit Union<br>9401 West Broad Street<br>Henrico, VA 23294-5331 | Internal Revenue Service<br>Insolvency Units<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kings Charter Homeowners Assc<br>c/o HOA Collection Services<br>9407 Kings Charter Drive<br>Mechanicsville, VA 23116-5119 | Melvin Williams, Jr.<br>10124 Spring Ivy Lane<br>Mechanicsville, VA 23116-5144 | Navient Solutions, LLC. on behalf of<br>United Student Aid Funds, Inc.<br>GLHEC and Affiliates<br>PO BOX 8961<br>Madison, WI 53708-8961 |
| Navinet<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, Florida 33416-4605 | Ocwen Mortgage<br>PO BOX 24781<br>West Palm Beach, FL 33416-4781 |
| Office of the U. S. Attorney<br>Suntrust Building<br>919 East Main Street, Suite 1900<br>Richmond, VA 23219-4622 | Office of the U. S. Trustee<br>701 East Broad Street,  Room 4305<br>Richmond, VA 23219-1885 | PRP II Pals Investments Trust<br>c/o McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue, Suite 800<br>Laurel, MD 20707-4808 |
| Realty Industrial Loan Corp<br>210 East Main Street<br>Richmond, VA 23219-3740 | Richard S. Clinger VSB<br>Richard S. Clinger<br>422 East Franklin Street, Suite 101<br>Richmond, VA 23219-2226 | Richmond City<br>c/o Tacs<br>P.O. Box 31800<br>Henrico, VA 23294-1800 |
| (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRU<br>c/o McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue, Suite 800<br>Laurel, MD 20707-4808 | U.S. Bank Trust National Association, as Tru<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste. 400<br>Irving, TX 75038-2480 |
| US Bank Trust National Association<br>SN Servicing Corporation<br>323 Fifth St<br>Eureka, CA 95501-0305 | US Department of Education<br>61 Forsyth St SW<br>Ste 19740<br>Atlanta, GA 30303-8931 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |

c/o McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707-4808

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Richard S. Clinger
422 East Franklin Street, Suite 101
Richmond, VA 23219-2226

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SN Servicing Corp.
323 5th St.
Eureka, CA 95501-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) US Bank Trust National Association, as Tr

(u)PRP II Pals Investments Trust

(u)U.S. BANK TRUST NATIONAL ASSOCIATION, AS T

(d)Melvin Williams Jr.
10124 Spring Ivy Lane
Mechanicsville, VA 23116-5144

End of Label Matrix
Mailable recipients    33
Bypassed recipients     4
Total                  37